# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARIA CASTRO DE JESUS,          )   NO. EDCV 07-1247-MAN
)
           Plaintiff,      )
)   JUDGMENT
       v.          )
)
MICHAEL J. ASTRUE,         )
Commissioner of Social Security,  )
)
         Defendant.      )
_____)

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: September 3, 2009

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE